# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN L. SHANNON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 10-1047 |
| ) | |
| GUY PIERCE, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

Petitioner John L. Shannon ("Shannon") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, which was docketed in this Court on February 24, 2010. He simultaneously filed, unknown to this Court, an identical § 2254 petition in the Urbana Division (Case No. 10-2033) of the Central District of Illinois on February 24, 2010. Shannon incorrectly filed his § 2254 petition in this Court. The Urbana Division is the more appropriate division to consider Shannon's petition, as the Circuit Court of Kankakee County, Illinois, the court that entered his judgment of conviction, is located within the Urbana Division. Accordingly, this Court vacates its prior Orders in this case and directs the Clerk's Office to close this case, No. 10-1047, so that Shannon can proceed in the Urbana Division. The Court further directs that Shannon be refunded the $5.00 filing fee he previously submitted to this Court.

ENTERED this 17th day of March, 2010.

s/Michael M. Mihm
Michael M. Mihm
United States District Judge